FILED
2024 JAN 18 PM 12:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: CDO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 23-MJ-1133  MJ 24-00253 |
| v. | |
| Ilya Kahn | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: __FBI__
in the __Eastern__ District of __New York__ on __12/22/2023__
at __2:00__ ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about __January 1, 2017 to Present__
in violation of Title __50__ U.S.C., Section(s) __4819(a)(1), 4819(a)(2)(A-G) and 4819(b)__
to wit: __Conspiracy to violate the Export Control Reform Act__

A warrant for defendant's arrest was issued by: __Peggy Kuo__

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): __Sealed criminal complaint and arrest warrant__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/18/24__
         Date

_[signature]_                                    _[signature] Thomas Liao_
Signature of Agent                                Print Name of Agent

__FBI__                                           __Special Agent__
Agency                                            Title