Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

2024 JAN 18 PM 12:08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

| UNITED STATES OF AMERICA PLAINTIFF v. | CASE NUMBER: 23-MJ-1153 ES |
|---|---|
| Ilya Kahn | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

MJ 24-00253

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 01/17/2024 at 7:30 ☒ AM ☐ PM
   or
   The defendant was arrested in the central District of california on 1/17/24 at 7:30 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   Conspiracy to violate the Export Control Reform Act

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: _____

7. Year of Birth: 1957

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Vasquez

10. Remarks (if any): _____

11. Name: George Kanzyglian (please print)

12. Office Phone Number: 323-610-4463

13. Agency: FBI

14. Signature: _____

15. Date: 1/18/24

CR-64 (09/20)         REPORT COMMENCING CRIMINAL ACTION