# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | LA24-MJ-00253 |
| ILYA KAHN DEFENDANT. | ABSTRACT OF COURT PROCEEDING |

**TO:** UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:

You are hereby notified that the Honorable **Alka Sagar**,
☐ United States District Judge   ☐ United States Magistrate Judge, has this date  ☒ ordered   ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
  ☐ forthwith    ☐ as soon as possible    ☐ as requested, at suitable times

☐ Allowed social visits    ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for **Dentures and glasses.**
A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Other _____

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

Dated: 01/18/2024

CLERK U.S. DISTRICT COURT
By: C. DELGADO 213-894-3062
Deputy Clerk

## RETURN TO CLERK'S OFFICE

☐ Western Division-Los Angeles    ☐ Southern Division-Santa Ana    ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____

Name (Print)     Title     Signature

*cc:* ☒ *MDC*, ☒ *Cell block*

CR-53 (10/22)                ABSTRACT OF COURT PROCEEDING