FILED
CLERK, U.S. DISTRICT COURT
2/7/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CDO___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | LA24-MJ-00253 |
| v. | |
| ILYA KAHN | |
| DEFENDANT. | ABSTRACT OF COURT PROCEEDING |

**TO:** UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:

You are hereby notified that the Honorable __Alka Sagar__,
☐ United States District Judge  ☐ United States Magistrate Judge, has this date  ☒ ordered  ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make  ☐ ____ social  ☐ ____ legal telephone call(s) at prisoner's own expense;
  ☐ forthwith    ☐ as soon as possible    ☐ as requested, at suitable times

☐ Allowed social visits    ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to  ☐ MDCLA  ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for __Dentures and glasses.__
A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Other _____

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

Dated: __01/18/2023__

CLERK U.S. DISTRICT COURT
By: __C. DELGADO 213-894-3062__
Deputy Clerk

**RETURN TO CLERK'S OFFICE**

☒ Western Division-Los Angeles    ☐ Southern Division-Santa Ana    ☐ Eastern Division-Riverside

This abstract was received on __1/18/24__

☒ The aforementioned order(s) were or will be complied with on: __2/6/24__

☐ The aforementioned order(s) were not complied with for the following reasons: _____

| E. Jackson | Associate Warden | E. Jackson |
|---|---|---|
| Name (Print) | Title | Signature |

cc: ☒ MDC, ☒ Cell block

CR-53 (10/22)          ABSTRACT OF COURT PROCEEDING